# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.

VALUED INC. d/b/a FLOYD'S OF
LEADVILLE f/k/a FLOYD'S OF LEADVILLE, INC., a
Colorado corporation; and ROBERT BELL, an
individual,

    Plaintiffs,

v.

FRANCIS A. SQUILLA a/k/a FRANK
SQUILLA, an individual; and MARK LEONARD, an
individual,

    Defendants.

## DECLARATION OF DEFENDANT MARK LEONARD

I, Mark Leonard, declare as follows pursuant to 28 U.S.C.A. § 1746:

1.    My name is Mark Leonard. I am over 18 years of age and of sound mind. I can competently testify to the following based on my own personal knowledge. I am the "Mark Leonard" who is named as a Defendant in the above-styled lawsuit.

2.    I purchased approximately 2,700,000 shares issued by Floyd's of Leadville ("FoL") for $200,000 in or around July 2018. I currently hold approximately 1,800,000 shares (the "Leonard Shares").

3.    To the best of my knowledge, the Leonard Shares have a current value of more than $75,000.00.

**EXHIBIT C**

4. I am aware that, in their Complaint, Plaintiffs seek the forfeiture of the Leonard Shares. Thus, with respect to the Leonard Shares alone, Plaintiffs seek to deprive me of shares having a value in excess of $75,000.00.

I declare under penalty of perjury that the foregoing is true and correct.

By: *Mark Leonard*
Mark Leonard

Date: 10/27/2025

# ![Progress RightSignature] SIGNATURE CERTIFICATE



**REFERENCE NUMBER**
C923EC9C-D5E8-4A23-9220-4F08C8AB4F99

| TRANSACTION DETAILS | DOCUMENT DETAILS |
|---|---|
| **Reference Number**<br>C923EC9C-D5E8-4A23-9220-4F08C8AB4F99 | **Document Name**<br>Declaration of Defendant Mark Leonard |
| **Transaction Type**<br>Signature Request | **Filename**<br>Declaration_of_Defendant_Mark_Leonard.pdf |
| **Sent At**<br>10/27/2025 02:38:01 PM EDT | **Pages**<br>2 pages |
| **Executed At**<br>10/27/2025 02:44:43 PM EDT | **Content Type**<br>application/pdf |
| **Identity Method**<br>email | **File Size**<br>115 KB |
| **Distribution Method**<br>email | **Original Checksum**<br>b4db06b9425dda04e7344534544af13215a809d267ead34216c1d499ee0e3ee7 |
| **Signed Checksum**<br>7dd5b9e1d51e64d1a24f7938b32c990296528a75ecc6176b73541d571a73b76c | |
| **Signer Sequencing**<br>Disabled | |
| **Document Passcode**<br>Disabled | |

## SIGNERS

| SIGNER | E-SIGNATURE | EVENTS |
|---|---|---|
| **Name**<br>Mark Leonard<br>**Email**<br>markleonard1121@gmail.com<br>**Components**<br>2 | **Status**<br>signed<br>**Multi-factor Digital Fingerprint Checksum**<br>4f53cda18c2baa0c0354bb5f9a3ecbe5ed12ab4d8e11ba873c2f11161202b945<br>**IP Address**<br>96.74.79.133<br>**Device**<br>Chrome via Windows<br>**Typed Signature**<br>*Mark Leonard*<br>**Signature Reference ID**<br>A1180C3C | **Viewed At**<br>10/27/2025 02:44:00 PM EDT<br>**Identity Authenticated At**<br>10/27/2025 02:44:43 PM EDT<br>**Signed At**<br>10/27/2025 02:44:43 PM EDT |

## AUDITS

| TIMESTAMP | AUDIT |
|---|---|
| 10/27/2025 02:38:01 PM EDT | Jennifer Divis (jdivis@goodspeedmerrill.com) created document 'Declaration_of_Defendant_Mark_Leonard.pdf' on Chrome via Windows from 50.218.89.194. |
| 10/27/2025 02:38:02 PM EDT | Mark Leonard (markleonard1121@gmail.com) was emailed a link to sign. |
| 10/27/2025 02:44:00 PM EDT | Mark Leonard (markleonard1121@gmail.com) viewed the document on Chrome via Windows from 96.74.79.133. |
| 10/27/2025 02:44:43 PM EDT | Mark Leonard (markleonard1121@gmail.com) authenticated via email on Chrome via Windows from 96.74.79.133. |
| 10/27/2025 02:44:43 PM EDT | Mark Leonard (markleonard1121@gmail.com) signed the document on Chrome via Windows from 96.74.79.133. |