APPROVED BY COURT
10/13/2025

CATHERINE JANE CHEROUTES
District Court Judge

| | |
|---|---|
| DISTRICT COURT, LAKE COUNTY, COLORADO<br><br>505 Harrison Avenue<br>Leadville, CO 80461 | DATE FILED<br>October 13, 2025 10:47 AM<br>CASE NUMBER: 2025CV30013 |
| **Plaintiff:** VALUED INC. d/b/a FLOYD'S OF LEADVILLE f/k/a FLOYD'S OF LEADVILLE, INC., a Colorado corporation; and ROBERT BELL, an individual<br><br>v.<br><br>**Defendant:** FRANCIS A. SQUILLA a/k/a FRANK SQUILLA, an individual; and MARK LEONARD, an individual | |
| | ▲ COURT USE ONLY ▲ |
| *Attorney for Plaintiffs:*<br>Vedra Law, LLC<br>Daniel J. Vedra, Reg No. 43596<br>1444 Blake Street<br>Denver, CO 80202<br>Phone: (303) 937-6540<br>Email: dan@vedralaw.com<br><br>*Attorneys for Defendants:*<br>GOODSPEED MERRILL<br>Daniel C. Nelson, Reg No. 49904<br>Alexandra M. Feathers, Reg No. 58195<br>9605 S. Kingston Court, Suite 200<br>Englewood, CO 80112<br>Phone: (720) 473-7644<br>Email: dnelson@goodspeedmerrill.com;<br>afeathers@goodspeedmerrill.com | Case No. 2025CV30013<br><br>Div. S |
| **JOINT STIPULATION REGARDING SERVICE OF PROCESS** | |

Plaintiffs, Valued Inc. d/b/a Floyd's of Leadville f/k/a Floyd's of Leadville, Inc. and Robert Bell (collectively "Plaintiffs"), by and through their counsel, Daniel Vedra, Vedra Law LLC, and Defendants Francis A. Squilla and Mark Leonard (each a "Defendant" and collectively

1



"Defendants"), by and through their counsel, Daniel Nelson, Goodspeed Merrill, stipulate as follows:

1. Defendants each stipulate and agree to accept service of process in this matter through the delivery of the Complaint and Summons to Defendants' counsel and agree that receipt of service in this manner satisfies the service requirements of C.R.C.P. 4 with respect to service of the initial Complaint and summons upon an individual 18 years or older.

2. Plaintiffs and Defendants stipulate and agree that the Complaint and Summons were delivered to and received by Defendants' counsel on Monday, October 6, 2025, and Plaintiffs and Defendants further stipulate and agree that the date of receipt and service for all purposes shall be Monday, October 6, 2025.

Respectfully submitted on this 6th day of October 2025.

| | |
|---|---|
| **VEDRA LAW LLC** | **GOODSPEED MERRILL** |
| *s/Daniel J. Vedra* | *s/Daniel C. Nelson* |
| Daniel J. Vedra, Reg No. 43596 | Daniel C. Nelson, Reg No. 49904 |
| | Alexandra M. Feathers, Reg No. 58195 |
| *Attorney for Plaintiffs:* | *Attorneys for Defendants* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 6, 2025, a true and correct copy of the foregoing **JOINT STIPULATION REGARDING SERVICE OF PROCESS** was e-filed through Colorado Courts E-Filing and served electronically on all counsel below:

                                                */s/ Jennifer L. Divis*
                                                Jennifer L. Divis, Paralegal